IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HUL KIM | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE, et al. | : | NO. 07-2671 |

FILED
MAY 19 2008
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 19th day of May, 2008, upon consideration of Plaintiff's Motion for Summary Judgment, Brief and Statement of Issues in Support of Request for Review, and Defendant's response thereto, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff's Motion for Summary Judgment, Brief and Statement of Issues in Support of Request for Review is GRANTED.

3. The matter is REMANDED to the Commissioner for further administrative proceedings consistent with Magistrate Judge Angell's Report and Recommendation.

BY THE COURT:

_____
LAWRENCE F. STENGEL,            J.